UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. NO. 4:22-CR-121 |
| v. | : (Judge Brann) |
| LINDA TARLECKI | : |
| Defendant. | : |

# INDICTMENT

THE GRAND JURY CHARGES:

FILED
WILLIAMSPORT
MAR 24 2022
PER _____
DEPUTY CLERK

## COUNT 1
26 U.S.C. § 7201
(Tax Evasion)

On or about April 15, 2016, in the Middle District of Pennsylvania, the Defendant,

## LINDA TARLECKI,

a resident of Aristes, Columbia County, Pennsylvania, did willfully attempt to evade and defeat a large part of the tax due and owing by her to the United States of America for the calendar year 2015 by preparing and causing to be prepared and by signing and causing to be signed a false and fraudulent Form 1040, Federal Income Tax return for the calendar year 2015 which was filed with the Internal Revenue

Service. In that tax return, the Defendant stated that her taxable income for said calendar year was $132,321. In fact, as Defendant knew, her taxable income for said calendar year was substantially in excess of the amount stated on the return, and, upon the additional taxable income, an additional tax in the amount of $8,144 was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

THE GRAND JURY FURTHER CHARGES:

### COUNT 2
26 U.S.C. § 7201
(Tax Evasion)

On or about April 15, 2017, in the Middle District of Pennsylvania, the Defendant,

**LINDA TARLECKI,**

a resident of Aristes, Columbia County, Pennsylvania, did willfully attempt to evade and defeat a large part of the tax due and owing by her to the United States of America for the calendar year 2016 by preparing and causing to be prepared and by signing and causing to be

signed a false and fraudulent Form 1040, Federal Income Tax return for the calendar year 2016 which was filed with the Internal Revenue Service. In that tax return, the Defendant stated that her taxable income for said calendar year was $191,358. In fact, as Defendant knew, her taxable income for said calendar year was substantially in excess of the amount stated on the return, and, upon the additional taxable income, an additional tax in the amount of $9,378 was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.


THE GRAND JURY FURTHER CHARGES:

### COUNT 3
26 U.S.C. § 7201
(Tax Evasion)

On or about April 15, 2018, in the Middle District of Pennsylvania, the Defendant,

### LINDA TARLECKI,

a resident of Aristes, Columbia County, Pennsylvania, did willfully attempt to evade and defeat a large part of the tax due and owing by

her to the United States of America for the calendar year 2017 by preparing and causing to be prepared and by signing and causing to be signed a false and fraudulent Form 1040, Federal Income Tax return for the calendar year 2017 which was filed with the Internal Revenue Service. In that tax return, the Defendant stated that her taxable income for said calendar year was $94,786. In fact, as Defendant knew, her taxable income for said calendar year was substantially in excess of the amount stated on the return, and, upon the additional taxable income, an additional tax in the amount of $21,207 was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

THE GRAND JURY FURTHER CHARGES:


THE GRAND JURY FURTHER CHARGES:

### COUNT 4
18 U.S.C. § 1344
(Bank Fraud)

From 2013 through on or about December 28, 2017, in Columbia County, in the Middle District of Pennsylvania and elsewhere, the defendant,

**LINDA TARLECKI,**

knowingly executed a scheme and artifice to defraud and to obtain money, funds, credits, assets and other property owned by Conyngham Township and under the control of Fulton National Bank, a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, by means of material false and fraudulent pretenses, representations and promises.

In violation of Title 18, United States Code, Section 1344.

THE GRAND JURY FURTHER CHARGES:

### COUNT 5
18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about December 28, 2017, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**LINDA TARLECKI,**

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely bank fraud, in violation of Title 18, United States

Code, Sections 1344, knowing that the means of identification belonged to another actual person known to the Grand Jury as T.C.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

JOHN C. GURGANUS
United States Attorney

███████████
FOREPERSON

GEOFFREY W. MacARTHUR
Assistant United States Attorney

3/24/2022
Date