UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 4:22-cr-121 |
| v. | : J. Brann |
| | : |
| LINDA TARLECKI, | : |
| Defendant | : |

**PRAECIPE**

TO: CLERK
MIDDLE DISTRICT OF PENNSYLVANIA

Please issue a summons for the above-named defendant in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.

JOHN C. GURGANUS
United States Attorney

/s/ Geoffrey W. MacArthur
GEOFFREY W. MacARTHUR
Assistant U.S. Attorney
Federal Building, Suite 316
240 West 3rd St.
Williamsport, PA 17701
(570) 326-1935

Dated: March 24, 2022

[FILED WILLIAMSPORT MAR 24 2022 PER ___ DEPUTY CLERK]