AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
| v. | ) |
|  | ) |
|  | ) |
|  | ) |
| Linda Tarlecki | ) |
| *Defendant* | ) |

Case No.   4:22-CR-000121

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of Court

| Place: | Herman T. Schneebeli Federal Bldg. & U.S. Courthouse (VIA VIDEO) 240 West Third Street Williamsport, PA 17701 | Courtroom No.:   3  (VIA VIDEO) |
|  |  | Date and Time:   03/31/2022 2:00 pm |

This offense is briefly described as follows:
Initial Appearance and Arraignment on Indictment.

Date:   03/24/2022

*s/Christine A. Williamson*
_____
*Issuing officer's signature*

Christine A. Williamson, Deputy Clerk
_____
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:   _____

_____
*Server's signature*

_____
*Printed name and title*